IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT COTNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-007-JHP |
| | ) | |
| WARDEN BECK, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 3, 2008, the United States Magistrate Judge entered her Report and Recommendation in regard to Petitioner's Petition for Writ of Habeas Corpus [Docket No. 2]. The Magistrate Judge recommended the petition be dismissed. The Petitioner filed objections [Docket No. 50] to the Magistrate Judge's Report and Recommendation on January 11, 2008, within the time prescribed by law. 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72(a).

The Court has reviewed Petitioner's objections — incoherent as they are — and has determined them to be without merit. The Court finds that the Report and Recommendation of the Magistrate Judge is fully supported by the record; thus, Petitioner's objections must be overruled.

Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on January 3, 2007, be AFFIRMED and ADOPTED by this Court as its Findings and Order. Petitioner's Petition for Writ of Habeas Corpus is therefore DISMISSED.

1

**IT IS SO ORDERED** this 11th day of February, 2008.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma